**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Guillen-Villegas, ) | No. CV-06-1491-PHX-LOA |
| Petitioner, ) | **ORDER TO SHOW CAUSE** |
| vs. ) | |
| Alberto R. Gonzales, Attorney General, ) | |
| Respondent. ) | |

This matter arises on the Court's review of the file. On June 8, 2006, the Ninth Circuit ordered this Petition for Review be transferred to the United States District Court for the District of Arizona for a determination on petitioner's nationality claim (Dkt. #13). Petitioner has filed his consent to the exercise of jurisdiction by a United States magistrate judge (Dkt. #17).

On June 16, 2006, the undersigned issued a Notice of Assignment and Order (Dkt. #16) ordering that Petitioner and Respondent shall each file on or before July 10, 2006 their written elections to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

As of this date, Respondent Alberto R. Gonzales, Attorney General, has failed to file his written election to either consent to magistrate judge jurisdiction nor elect to proceed before a United States district judge.

District courts have the inherent power to control their dockets and in the exercise of that power may impose sanctions.

1  Because the period within which Respondent Alberto R. Gonzales, Attorney General,
2 was to file his written election has passed, the Court orders Respondent Alberto R. Gonzales,
3 Attorney General, to show cause in writing on or before **July 26, 2006** why this Court should
4 not impose sanctions.

5  Accordingly,

6  **IT IS HEREBY ORDERED** that Respondent Alberto R. Gonzales, Attorney General,
7 show cause in writing on or before **July 26, 2006** why this Court should not impose sanctions
8 against him for failure to comply with this Court's Orders.  Respondent may purge any sanctions
9 by either consenting to magistrate judge jurisdiction or electing to have this case assigned to a
10 district judge before the July 26, 2006 deadline.

11  DATED this 14th day of July, 2006.

Lawrence O. Anderson
United States Magistrate Judge