**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jose Guillen-Villegas | ) | No. CV-06-1491-PHX-LOA |
| Petitioner, | ) | **ORDER TO SHOW CAUSE** |
| vs. | ) | |
| Alberto R. Gonzales, Attorney General, | ) | |
| Respondent. | ) | |

This matter arises on the Court's review of the file. On June 8, 2006, the Ninth Circuit ordered this Petition for Review be transferred to the United States District Court for the District of Arizona for a determination on petitioner's nationality claim (docket #13). Petitioner has filed his consent to the exercise of jurisdiction by a United States magistrate judge (docket #17).

On June 16, 2006, the undersigned issued a Notice of Assignment and Order (docket #16) ordering that Petitioner and Respondent shall each file on or before July 10, 2006 their written elections to either consent to magistrate judge jurisdiction or elect to proceed before a United States district judge.

On July 14, 2006 the undersigned issued an Order to Show Cause that Respondent Alberto R. Gonzales, Attorney General, show cause in writing on or before July 26, 2006 why this Court should not impose sanctions against him for failure to comply with this Court's Orders.

As of this date, Respondent Alberto R. Gonzales, Attorney General, has failed to file his written election to either consent to magistrate judge jurisdiction nor elect to proceed before a United States district judge nor has Respondent shown cause by the aforesaid deadline why this court should not impose sanctions..

District courts have the inherent power to control their dockets and in the exercise of that power may impose sanctions.

Because the period within which Respondent Alberto R. Gonzales, Attorney General, was to file his written election has passed and has failed to respond to the Court's Order to Show Cause (docket #18), the Court orders Robbin K. Blaya with the U. S. Department of Justice, Office of Immigration Litigation and Ronald E. LeFevre with the Office of the District Counsel, Department of Homeland Security, counsel for Respondent Alberto R. Gonzales, Attorney General,  to show cause in writing on or before **August 11, 2006** why this Court should not impose sanctions.

Accordingly,

**IT IS HEREBY ORDERED** Robbin K. Blaya with the U. S. Department of Justice, Office of Immigration Litigation and Ronald E. LeFevre with the Office of the District Counsel, Department of Homeland Security, counsel for that Respondent Alberto R. Gonzales, Attorney General, show cause in writing on or before **August 11, 2006** why this Court should not impose sanctions against them for failure to comply with this Court's Orders including, among others, monetary sanctions against defense counsel and/or a recommendation that Respondent's Answer be stricken and judgment entered for Petitioner.  Counsel for Respondent may purge any sanctions by either consenting to magistrate judge jurisdiction or electing to have this case assigned to a district judge before the August 11, 2006 deadline.

DATED this 31st day of July, 2006.

Lawrence O. Anderson
United States Magistrate Judge